**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1781**

CAROLYN E. O'CONNOR,

             Plaintiff - Appellant,

        v.

UNITED STATES OF AMERICA,

             Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, Senior District Judge.  (3:14-mc-00004-JRS)

Submitted:  November 18, 2014        Decided:  November 20, 2014

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Carolyn E. O'Connor, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carolyn E. O'Connor appeals the district court's order denying her motion to proceed in forma pauperis because she failed to comply with a pre-filing injunction imposed by that court in 2006. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal. O'Connor v. United States, No. 3:14-mc-00004-JRS (E.D. Va. filed June 17, 2014, entered Aug. 4, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED